UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRIYA KUMAR and
MUKESH KUMAR,

       Plaintiffs,

                                 Case No. 12-12624
v.                                      Hon. Gerald E. Rosen

U.S. BANK, NA, et al,

       Defendants.
_____/

## JUDGMENT OF DISMISSAL

At a session of said Court, held in the U.S. Courthouse, Detroit, Michigan on     March 12, 2013

PRESENT: Honorable Gerald E. Rosen
                  Chief Judge, United States District Court

The Court having on March 01, 2013 issued an opinion and order granting Defendants' motion to dismiss Plaintiffs' complaint,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED.

Dated: March 12, 2013

                    s/Gerald E. Rosen
                    Chief Judge, United States District Court

12-12624 Kumar v. U.S. Bank, NA, et al
Judgment of Dismissal

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 12, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager