**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PRIYA KUMAR and
MUKESH KUMAR,

Plaintiffs,

v.

Case No. 12-12624
Hon. Gerald E. Rosen

U.S. BANK, NA, et al,

Defendants.
_____________________________/

**JUDGMENT OF DISMISSAL**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on March 12, 2013

PRESENT: Honorable Gerald E. Rosen
Chief Judge, United States District Court

The Court having on March 01, 2013 issued an opinion and order granting Defendants' motion to dismiss Plaintiffs' complaint,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED.

Dated: March 12, 2013

s/Gerald E. Rosen
Chief Judge, United States District Court

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 12, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager